The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. <u>Douglas R. Linton</u>
   v. <u>Debra A. Linton</u>
   Record No. 2358-13-4
   Opinion rendered by Judge Frank on
   June 17, 2014

2. <u>Commonwealth of Virginia</u>
   v. <u>Rayshawn Torrell Greer</u>
   Record No. 1898-13-1
   Opinion rendered by Judge Decker on
   July 22, 2014

3. <u>James C. Howard, Jr.</u>
   v. <u>Commonwealth of Virginia</u>
   Record No. 0820-13-1
   Opinion rendered by Senior Judge Bumgardner on
   August 5, 2014

4. <u>Adelamola Oraide Adeniran</u>
   v. <u>Commonwealth of Virginia</u>
   Record No. 0317-13-4
   Opinion rendered by Judge Frank on
   August 19, 2014

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Jayquane Dontae Perry
    v. Commonwealth of Virginia
    Record No. 2171-11-1
    Opinion rendered by Judge Huff
      on March 5, 2013
    Refused (130554)

2. Carlos Abraham Martinelly-Montano
    v. Commonwealth of Virginia
    Record No. 0286-12-4
    Opinion rendered by Senior Judge Annunziata
      on March 26, 2013
    Refused (131705)

3. Dijon Allen Smith
    v. Commonwealth of Virginia
    Record No. 0197-12-2
    Opinion rendered by Judge Elder
      on April 2, 2013
    Refused (130710)

4. Ernesto Wilfredo Solano Godoy
    v. Commonwealth of Virginia
    Record No. 0369-12-4
    Opinion rendered by Judge Huff
      on May 28, 2013
    Refused (131032)

5. Patrick Timothy Jeffers
    v. Commonwealth of Virginia
    Record No. 0573-12-2
    Opinion rendered by Judge Kelsey
      on June 18, 2013
    Refused (131097)

6. Ronald Stuart Murry
    v. Commonwealth of Virginia
    Record No. 0522-12-2
    Opinion rendered by Judge Chafin
      on June 25, 2013
    Judgment of Court of Appeals reversed and matter remanded to this Court for
      remand to trial court for new sentencing hearing by opinion rendered on
      September 12, 2014 (131137)

7. Curtis Trumaine Calloway
   v. Commonwealth of Virginia
   Record No. 0387-12-3
   Opinion rendered by Judge Petty
     on August 6, 2013
   Refused (131389)

8. Delores O'Brien Heffernan
   v. Arlington County Department of Human Services
   Record No. 1471-12-4
   Opinion rendered by Judge Humphreys
     on August 13, 2013
   Refused (131538)

9. Patricia Tackett
   v. Arlington County Department of Human Services
   Record No. 1519-12-4
   Opinion rendered by Judge Humphreys
     on August 13, 2013
   Refused (131620)

10. Delores O'Brien Heffernan
   v. Arlington County Department of Human Services
   Record No. 1520-12-4
   Opinion rendered by Judge Humphreys
     on August 13, 2013
   Refused (131564)

11. Vernon R. Chappelle
   v. Commonwealth of Virginia
   Record No. 0606-12-1
   Opinion rendered by Judge Alston
     on August 20, 2013
   Refused (131427)

12. Dennis Holland
   v. Commonwealth of Virginia
   Record No. 0965-12-3
   Opinion rendered by Judge Humphreys
     on October 22, 2013
   Refused (131832)

13. Darren D. Snowden
   v. Commonwealth of Virginia
   Record No. 1570-12-1
   Opinion rendered by Judge Alston
     on October 29, 2013
   Refused (131729)

14.  Jared Benjamin Bailey
       v. Commonwealth of Virginia
     Record No. 0465-12-2
      Opinion rendered by Senior Judge Coleman
        on November 5, 2013
      Refused (131888)

15.  Kerry Lee Winslow
       v. Commonwealth of Virginia
     Record No. 2113-12-1
      Opinion rendered by Judge Kelsey
        on November 12, 2013
      Refused (131916)